# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| VALADA STRAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Civil Action No. 8:21-cv-00838-KKVI-JSS |

## JOINT MOTION TO PRODUCE ADMINISTRATIVE RECORD IN LIEU OF FILING ADMINISTRATIVE RECORD

Plaintiff, VALADA STRAKER ("Plaintiff"), and Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Defendant" or "Prudential") (collectively "the Parties"), by and through their attorneys, hereby move for an order allowing Prudential to produce the Administrative Record to Plaintiff in lieu of filing the Administrative Record. In support of its motion, the Parties state as follows:

1. On May 27, 2021, Plaintiff caused her Complaint, filed in the Middle District of Florida (Tampa Division), to be served upon Defendant.

2. Prudential filed its Answer to Plaintiff's Complaint on June 17, 2021.

3. On August 13, 2021, the Court entered Its ERISA Case Management And Scheduling Order. (ECF No. 9.) The order directs Defendant to file with the Court the administrative record of Plaintiff's claim for benefits and related plan documents (the "Administrative Record") on or before August 27, 2021.

4. In the interest of efficiency and privacy, the Parties request that Prudential be allowed to produce and serve the Administrative Record on Plaintiff on or before August 27, 2021 in lieu of filing the Administrative Record with the Court at that time. The Administrative Record in this matter consists of over 900 pages of documents, which includes hundreds of pages of medical records and other documents that contain Plaintiff's personal identifying information that requires lengthy and time-consuming redaction.

5. If the parties are unable to settle this matter, and dispositive briefing is required, the Parties agree that Defendant will file the Administrative Record on or before December 10, 2021, seven days in advance of the deadline (December 17, 2021) the Court has set for the filing of dispositive motions.

6. There are no status conferences or hearings scheduled that will be affected by this motion.

7. This motion is filed in good faith and not for the purpose of unwarranted delay.

WHEREFORE, the Parties respectfully request that the Court issue an order amending its order of August 13, 2021 (ECF No. 9) allowing Prudential to produce the Administrative Record to Plaintiff on or before August 27, 2021 in lieu of filing the Administrative Record with the Court by that date and directing Defendant to file the Administrative Record on or before December 10, 2021.

DATED: August 19, 2021

/s/ Michael A. Steinberg
Michael A. Steinberg

/s/ Brooke Chastain Juan
Brooke Chastain Juan

frosty28@aol.com
Michael A. Steinberg & Associates
Suite 195
4925 Independence Pkwy
Tampa, FL 33634
Tel: 813-221-1300

*Counsel for Plaintiff*

bjuan@qpwblaw.com
Attorneys for Defendant
QUINTAIROS, PRIETO, WOOD &
BOYER, P.A.
1410 N Westshore Blvd., Ste 200
Tampa, FL 33607-4533
Tel: 813-286-8818

*Counsel for Defendant*
*The Prudential Insurance*
*Company of America*

## CERTIFICATE OF SERVICE

I do hereby certify that on August 19, 2021, I caused the electronic submission of the foregoing JOINT MOTION TO PRODUCE THE ADMINISTRATIVE RECORD IN LIEU OF FILING THE ADMINISTRATIVE RECORD, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

> Michael A. Steinberg
> frosty28@aol.com
> Michael A. Steinberg & Associates
> Suite 195
> 4925 Independence Pkwy
> Tampa, FL 33634

*/s/ Brooke Chastain Juan*